**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kietra O. Johnson and James A. Suber, Jr. III,
Defendants,

Of whom James A. Suber, Jr. III is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-001428

———————————

Appeal From Richland County
Coreen B. Khoury, Family Court Judge

———————————

Unpublished Opinion No. 2017-UP-093
Submitted February 27, 2017 – Filed February 23, 2017

———————————

**AFFIRMED**

———————————

Benjamin Reynolds Elliott, of Stevens B. Elliott,
Attorney At Law, of Columbia, for Appellant.

Anne Marie Ugarte, of University of South Carolina
School of Law, of Columbia, for Respondent.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  James A. Suber, Jr. III appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Suber's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.